UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CASEY HOOD, ET AL.

CIVIL ACTION

VERSUS

16-235-SDD-RLB
CONSOLIDATED WITH:
16-256 AND 16-255

WATER TREATMENT AND CONTROLS COMPANY

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 23, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,** the Plaintiffs' *Motion to Remand*[3] is DENIED.

Baton Rouge, Louisiana the 22 day of November, 2016.

*(signature)*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 66.
[3] Rec. Doc. 19.